**Order entered February 27, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00567-CV

### DARLENE C. AMRHEIN, Appellant

### V.

### ATTORNEY LENNIE F. BOLLINGER AND
### WORMINTON & BOLLINGER LAW FIRM, Appellees

**On Appeal from the County Court at Law No. 6**
**Collin County, Texas**
**Trial Court Cause No. 006-02654-2017**

## ORDER

Before the Court are appellant's February 15, 2019 "motion to supplement this court record" and supporting affidavit. Appellant appears to be seeking (1) reconsideration of our February 6, 2019 order in which we denied her January 29, 2019 motion to supplement the clerk's record; (2) a supplemental clerk's record containing a copy of appellees' January 31, 2019 response to appellant's trial court motion "to supplement this court record and all court reporter's transcripts for above named appeal;" (3) a copy of all supplemental clerk's records filed in this appeal; and, (4) review of the trial court's order sustaining the court reporter's contest to appellant's statement of inability to afford payment of court costs. We **ORDER** as follows.

To the extent appellant seeks reconsideration of our February 6th order, she provides no argument supporting a change to the order. To the extent appellant seeks to supplement the record with a copy of appellees' January 31st response, we **GRANT** the request and **ORDER** Collin County Clerk Stacey Kemp to file a supplemental clerk's record containing that item no later than March 6, 2019.

With respect to appellant's request for a copy of all supplemental clerk's records, no supplemental clerk's records have been filed as of the date of this order. However, we **DIRECT** the Clerk of the Court to send appellant a paper copy of the above-referenced supplemental clerk's record once it is filed and any other supplemental clerk's records that may be filed.

Finally, as to appellant's request for a review of the trial court's order sustaining the contest to appellant's indigency statement, we **GRANT** the request to the extent we **ORDER** a copy of the reporter's record of the contest hearing be filed. A supplemental clerk's record containing a copy of appellant's indigency statement, all contests, and the order sustaining the contest **SHALL** also be filed. These records **SHALL** be filed no later than March 11, 2019.

We **DIRECT** the Clerk of the Court to send a copy of this order to Ms. Kemp; Jennifer K. Corley, Official Court Reporter of County Court at Law No. 6; and, the parties.

/s/ KEN MOLBERG
JUSTICE